# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| COMMUNITY HEALTH PROFESSIONALS, INC., | CASE NO.: 3:05 CV 7202 |
| Plaintiff, | JUDGE SOLOMON OLIVER, JR. |
| vs. | |
| MATRIX ARCHITECTS, INC., | **NOTICE OF DISMISSAL** |
| Defendant. | |

Pursuant to FRCP 41(a), Matrix Architects, Inc. (Matrix) and Community Health Partners (CHP) hereby stipulate that all claims and causes of actions asserted by and between these two parties only are dismissed with prejudice.

10/31/2007 - IN LIGHT OF THE STIPULATIONS OF DISMISSAL FILED BY THE PARTIES, THIS CASE IS HEREBY CLOSED.
IT IS SO ORDERED.
/s/SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

/s/ David Ross
David Ross (#0005203)
**Reminger & Reminger Co., L.P.A.**
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio 44115-1093
Phone: (216) 687-1311
Fax: (216) 687-1841
E-Mail: dross@reminger.com

Co-Counsel for Defendant

/s/ Anthony J. DeGidio, Jr.
Anthony J. DeGidio, Jr. (#0069064)
**Fraser, Clemens, Martin & Miller LLC**
28366 Kensington Lane
Perrysburg, Oh. 43551
Phone: (419) 874-1100
Fax: (419) 874-1130
E-Mail: tony@cyberlawyer.com

Co-Counsel for Plaintiff Community Health Professionals, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2007 a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David Ross
David Ross (#0005203)